# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3631

_____

United States of America,　　　　　 *
　　　　　　　　　　　　　　　　　 *
　　　　　　　　Appellee,　　　　　 *
　　　　　　　　　　　　　　　　　 *　 Appeal from the United States
　　　v.　　　　　　　　　　　　　 *　 District Court for the
　　　　　　　　　　　　　　　　　 *　 District of South Dakota.
Frank Jayrold Bettelyoun,　　　　　 *
　　　　　　　　　　　　　　　　　 *　 [UNPUBLISHED]
　　　　　　　　Appellant.　　　　　 *

_____

Submitted: April 27, 2010
Filed: April 30, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Frank Jayrold Bettelyoun appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 36 motion to correct a "clerical error" in the amended judgment in his criminal case. We agree with the district court that the amended judgment accurately reflects the sentence imposed; the type of error Bettelyoun alleged was not a clerical error, see United States v. Yakle, 463 F.3d 810, 811 (8th Cir. 2006) (per curiam). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.